AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kelly N. Anderson

V.

Summit Account Resolution, a domestic corporation

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-cv-3702 MJD/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

|  |  |
|---|---|
| April 12, 2010 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Katie Thompson |
|  | (By)    Katie Thompson,   Deputy Clerk |

Form Modified: 09/16/04